

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Bed Bath & Beyond, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Catherine Busey, | Case No.: 3:22-cv-209-MMD-CLB |
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss with Prejudice** |
| Bed Bath & Beyond, Inc.; John Does I-XX, inclusive; ABC Corporations I-X ,inclusive; and Black and White Companies, I-X, inclusive, | |
| Defendant. | |

The parties stipulate to dismiss all claims in case 3:22-cv-209, each to bear their own fees and costs. No trial date was scheduled.



/s/Michael Lowry
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for Defendant

TERRY FRIEDMAN & JULIE THROOP PLLC

/s/
Julie Throop, Esq.
Nevada Bar No. 11298
Terry Friedman, Esq.
Nevada Bar No. 1975
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/14/2023

_____
DISTRICT JUDGE

283458621v.1